In the Matter of Proving the Last Will and Testament of WILLIAM MACGREADY, Also Known as WILLIAM L. MACGREADY, Deceased, as a Will of Real and Personal Property. LOUISE MACGREADY, Appellant; MARY E. MACGREADY, as General Guardian of DONALD MACGREADY and MURIEL MACGREADY, Infants, etc., and Others, Respondents. (Appeal No. 1.) — On consent, order of the Surrogate's Court of Queens county appointing a temporary administrator reversed on the law and the facts, with ten dollars costs and disbursements to appellant, payable out of the estate, and motion denied, with ten dollars costs, on condition that within ten days from the entry of the order herein appellant deposit with the clerk of the Surrogate's Court all of the property in her hands which she concedes belongs to the estate and also all other property in her hands to which she lays claim but which respondents claim belongs to the estate. In the event that the condition be not complied with, the order is affirmed, with ten dollars costs and disbursements to respondents, payable out of the estate. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

ANNA ZUBRITSKY, Respondent, v. STEPHEN ZUBRITSKY, Appellant.— On argument, order granting plaintiff's motion for alimony and counsel fee affirmed, without costs, on condition that within five days from the entry of the order herein plaintiff serve a bill of particulars specifying the times and places of alleged acts of physical cruelty; in the event of plaintiff's failure to serve such bill, the order is reversed on the law and the facts, without costs, and motion denied, without costs. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.